Charles Gustav Teach, Plaintiff-Appellee, v. H. & H. Tank Installers, Inc., a Corporation, and Jack Harrington, Defendants-Appellants.

Gen. No. 53,543. (Abstract of Decision.)

First District, Third Division.

May 1, 1969.

Wildman, Harrold, Allen & Dixon, of Chicago, for appellants; Howard and Decker, of Chicago (David A. Decker, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.